UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

Christopher Mourad and
Monica Mourad

    Debtors.

Case No. 08-50937
Chapter 7
Hon. Marci McIvor

_____/

## NOTICE OF UNDER $5.00 DIVIDEND

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $12.68 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| Target National Bank<br>c/o Weinstein and Riley<br>2001 Western Ave, Suite 400<br>Seattle, WA 98121 | 1 | $2.74 |
| Recovery Management Systems<br>25SE 2nd Ave, Suite 1120<br>Miami, FL 33131 | 4 | $4.14 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111 | 6 | $1.38 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111 | 7 | $4.42 |

Date: April 12, 2010                    /s/ CHARLES J. TAUNT
                                                                CHARLES J. TAUNT, Trustee
                                                                700 East Maple Road
                                                                 2nd Floor
                                                                 Birmingham, MI  48009
                                                                 (248) 647-1127